UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. BRYANT, | No. C 12-2821 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| FERNANDO MATA, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a new action if he ever obtains permission from the court of appeals to file a second or successive petition for writ of habeas corpus.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 15, 2013

SUSAN ILLSTON
United States District Judge